No. 331, Misc. PINATARO *v.* APPELLATE DIVISION OF THE SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT; and

No. 351, Misc. PINATARO *v.* APPELLATE DIVISION OF THE SUPREME COURT OF NEW YORK, FOURTH JUDICIAL DEPARTMENT. Motions for leave to file petitions for writs of mandamus denied.

No. 633. LEEDOM ET AL., CONSTITUTING THE NATIONAL LABOR RELATIONS BOARD, *v.* KYNE. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Rankin, Jerome D. Fenton, Stephen Leonard, Dominick L. Manoli* and *Norton J. Come* for petitioners. *Bernard Dunau* for respondent.

No. 469. MACRIS *v.* SOCIEDAD MARITIMA SAN NICHOLAS, S. A., ET AL. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *John H. Dougherty* for respondents. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney, Leavenworth Colby* and *Robert S. Green* filed a memorandum for the United States, as *amicus curiae,* suggesting that the petition for writ of certiorari be denied.

No. 523. BIGGS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Paul W. Walter* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States.